NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JOSE ANTONIO COSSIO, JR.,**
*Plaintiff-Appellant,*

v.

**MICHAEL B. DONLEY, SECRETARY OF THE AIR FORCE AND DEPARTMENT OF THE AIR FORCE,**
*Defendants-Appellees.*

---

2012-1662

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 11-CV-9178, Judge Harry D. Leinenweber.

---

## ON MOTION

---

## ORDER

Jose Antonio Cossio, Jr. moves for leave to proceed in forma pauperis. Cossio also requests the appointment of counsel. This court has no procedure to appoint counsel for pro se appellants.

Upon consideration thereof,

JOSE COSSIO V. AIR FORCE                                    2

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is granted.

(2)  The motion for appointment of counsel is denied.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24